UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:25-cr-23
     18 U.S.C. § 1621(1)

**KALEE HUFF**

## I N F O R M A T I O N

The United States Attorney Charges:

On or about December 10, 2024, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant KALEE HUFF, having taken an oath before a competent tribunal, officer, and person, that is, a federal Grand Jury, that she would testify, declare, depose, and certify truly, did willfully and contrary to such oath state a material matter which defendant KALEE HUFF did not believe to be true.

In violation of Title 18, United States Code, Section 1621(1).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney