UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 2:25-cr-00023

KALEE HUFF

### ORDER

On February 20, 2025, all counsel and Defendant Kalee Huff appeared for a guilty plea hearing. The single-count Information charges Ms. Huff with perjury, that is, having willfully stated a material matter which she did not believe to be true, contrary to an oath taken before a federal Grand Jury, that she would testify, declare, depose, and certify truly, in violation of 18 U.S.C. § 1621(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 20, 2025. [ECF 15]. Objections in this case were due on March 9, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 15]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:     March 18, 2025

Frank W. Volk
Chief United States District Judge